NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MASS ENGINEERED DESIGN, INC.,**
*Plaintiff-Appellee*

**v.**

**PLANAR SYSTEMS, INC.,**
*Defendant-Appellant*

---

2019-1365

---

Appeal from the United States District Court for the District of Oregon in No. 3:16-cv-01510-SI, Judge Michael H. Simon.

---

**JUDGMENT**

---

JOHN J. EDMONDS, Edmonds & Schlather, PLLC, Houston, TX, argued for plaintiff-appellee. Also represented by STEPHEN F. SCHLATHER.

DAVID W. LONG, Essential Patent LLC, Oak Hill, VA, argued for defendant-appellant. Also represented by ANDREW TIMOTHY OLIVER, Amin Turocy & Watson LLP, San Jose, CA; JENNY CHEN, Chen IP Law, Taipei, Taiwan.

---

2        MASS ENGINEERED DESIGN, INC. v. PLANAR SYS., INC.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, DYK, and STOLL, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

March 22, 2021        /s/ Peter R. Marksteiner
    Date              Peter R. Marksteiner
                      Clerk of Court